UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

UNITED STATES OF AMERICA *ex rel.*
GREGORY MACKLER,

                    Plaintiff,

    v.

BANK OF AMERICA, N.A., and
BAC HOME LOANS SERVICING, LP,

                    Defendants.

----------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 24 2012 ★
BROOKLYN OFFICE

## ORDER

Civil Action No.
CV-11-3270

(Townes, J.)

       WHEREAS, on or about July 7, 2011, Gregory Mackler (the "Relator") commenced this action by filing a complaint pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729-33 (the "Qui Tam Complaint").

       IT IS ORDERED that:

       1.    The Relator's Complaint be unsealed, and served by the Relator in accordance with the Federal Rules of Civil Procedure.

       2.    All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendant, except for this Order.

       3.    The seal be lifted as to all other matters occurring in this action after the date of this Order.

       4.    The parties shall serve all pleadings and motions filed in this action including supporting memoranda, upon the United States, in accordance with 31 U.S.C. § 3730(c)(1) and (c)(3).

5. The United States shall file any notice of intervention in this action by or before March 16, 2012.

IT IS SO ORDERED,

February 22, 2012
Brooklyn, New York

s/Sandra L. Townes
_____
HONORABLE SANDRA L. TOWNES
UNITED STATES DISTRICT JUDGE