

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East-7th Floor*
*Brooklyn, New York  11201*

May 11, 2012

The Honorable Sandra L. Townes
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

      Re:    United States of America *ex rel*. Gregory Mackler v. Bank of America, NA.,
                and BAC Home Loans Servicing, LP, CV-11-3270 (Townes)

Dear Judge Townes:

      As Your Honor is aware, this action was commenced by Relator Gregory Mackler pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729-33. By Order dated February 22, 2012 (the "Order"), Your Honor ordered that (1) the Qui Tam Complaint be unsealed, (2) all other documents and contents of the file in this action remain under seal, (3) the seal be lifted and not apply to the Order, any documents filed with the Court subsequent to the issuance of the Order or any future proceedings in this action, and (4) the parties serve all pleadings and motions filed in this action including supporting memoranda, upon the United States, in accordance with 31 U.S.C. § 3730(c)(1) and (c)(3). At the request of the United States, Your Honor subsequently extended the United States' time to make its intervention determination through May 11, 2012.

      The United States writes today to inform the Court that it is filing its Notice of Intervention contemporaneously with this cover letter. The United States notes that, along with the Relator, it has entered into a resolution of this action and will be dismissing the action. Accordingly, after the United States and the Relator have filed their respective notices of dismissal, the file in this action may be closed.

2

We thank the Court for its attention in this matter.

            Respectfully submitted,

            LORETTA E. LYNCH
            UNITED STATES ATTORNEY

By:    s/
            RICHARD K. HAYES
            KENNETH M. ABELL
            Assistant U.S. Attorneys
            (718) 254-6050/(631) 715-7833