UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA *ex rel.*
GREGORY MACKLER,

                                   Plaintiff,

                v.

BANK OF AMERICA, N.A., and
BAC HOME LOANS SERVICING, LP,

                                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Civil Action No. CV-11-3270

(Townes, J.)

## UNITED STATES' INTERVENTION NOTICE

      The False Claims Act provides that individuals ("relators") may file an action on behalf of the United States. 31 U.S.C. § 3730 (the "Act"). The relator in the captioned action, Gregory Mackler ("Relator"), filed this case under seal pursuant to the <u>qui tam</u> provisions of the Act, 31 U.S.C. § 3730. By Court Order dated February 24, 2012, the seal was lifted.

      Pursuant to the Act, 31 U.S.C. §§ 3730(b)(2) and 3730(b)(4)(A) & (B), the United States hereby notifies the Court that it elects to intervene as to each defendant in this action.

*United States ex rel. Mackler*, No. CV- 11-3270, Intervention Notice

2

|  |  |
|---|---|
| Dated: May 11, 2012 | Respectfully submitted,<br><br>LORETTA E. LYNCH<br>United States Attorney<br>Eastern District of New York<br>271 Cadman Plaza East<br>Brooklyn, NY 11201 |
| By: |      s/<br>RICHARD K. HAYES<br>KENNETH M. ABELL<br>Assistant U.S. Attorneys<br>(718) 254-6050<br>(631) 715-7833 |