Shayne C. Stevenson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 268-9340
Facsimile: (206) 623-0594

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA, *ex rel.*
GREGORY MACKLER,

                      Plaintiffs,

v.

BANK OF AMERICA, N.A. and BAC HOME
LOANS SERVICING, LP,

                      Defendants.

------------------------------------ x

Civil Action No.
CV-11-3270

(Townes, J.)

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the above-captioned matter having been settled, Plaintiff-Relator Gregory Mackler hereby voluntarily dismisses this action against the defendants with prejudice. No defendant has served an answer in this action. Plaintiff requests the Court retain jurisdiction to resolve any dispute concerning attorney fees though agreement on fees has been reached by the parties.

Dated: May 16, 2012

The application is ✓ granted.
                     denied.
SO ORDERED.
s/ SLT
Sandra L. Townes, U.S.D.J.
Dated: May 30, 2012
Brooklyn, New York

Respectfully submitted,

By: _____
    Shayne C. Stevenson
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 268-9340
Facsimile: (206) 623-0594
Email: shaynes@hbsslaw.com

*Attorney for Plaintiff-Relator Gregory Mackler*

- 1 -